JRS/TPW USAO#2016R00171

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED ENTERED
LODGED RECEIVED

MAY - 6 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America )
v. )
)  Case No.  **16-1227 TJS**
)
)
CALEB ANDREW BAILEY )
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 17, 2016   in the county of   Charles County   in the _____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 842(a)(3)(A) | Unlawful transport of explosives |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Daniel Giblin, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  May 6, 2016

_____
*Judge's signature*

City and state:   Greenbelt, Maryland         Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*